# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRUCE E. WILLIS, HUSBAND
OF/AND TARRAH C. WILLIS
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN,
ALYSSA WILLIS, BRYCE WILLIS
AND BRAYDEN WILLIS

VERSUS

FROZEN WATER, INC., D/B/A
THE ICE HOUSE, EARL J.
JOHNSON AND HOUSTON
SPECIALTY INSURANCE COMPANY

NO.  2019 CW 0208

JUL 2 2 2019

---

In Re:    Western  World  Insurance  Company,  applying  for
          supervisory  writs,  22nd  Judicial  District  Court,
          Parish of St. Tammany, No. 2013-13853.

---

BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

WRIT DENIED.

TMH
WIL

McClendon, J., dissents and would direct the Clerk of this
court to issue a Notice of Briefing Schedule pursuant to La.
Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT